LEWIS H. REYNOLDS, Appellant, v. BROWNING, WELLS & COMPANY, INCORPORATED, Respondent.— Motion to amend order entered November 9, 1928, by striking out provision directing a new trial and inserting direction for judgment for plaintiff denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAWN W. SCHUYLER, Respondent, v. MAUDE BLAIR NOTTINGHAM, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

POSTAL-TELEGRAPH CABLE COMPANY, Respondent, v. DEPEW & LANCASTER LIGHT, POWER AND CONDUIT COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAYME S. SMITH, as Administratrix of the Estate of FREDERICK A. SMITH, Deceased, Respondent, v. THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GENEVA SAVINGS BANK, Respondent, v. HENRY A. REYNOLDS, Appellant, Impleaded, etc. CARLTON A. RAPPLEYEA and Another, Respondents, v. HENRY A. REYNOLDS, Appellant, Impleaded, etc.— In each action, appeal dismissed, with costs. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

GEORGE H. HUTCHINGS, Respondent, v. ALICE C. MALTBY, Appellant.— Appeal dismissed, with costs, for failure of appellant to comply with order entered September 26, 1928. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GLADYS BLACKMAR, Respondent, v. EDWARD NEWMAN and Another, Appellants, Impleaded with Another.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY C. DEICHMILLER, Respondent, v. EDWARD STIEGELMEYER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEO NUNAN, Respondent, v. JOHN A. CRAMER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FRIEDA A. MOSIER, Appellant, v. GEORGE HOGAN, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROSA DIGIOLA, Appellant, v. MAURO LOPOLOLO, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY C. DEICHMILLER and Another, Respondents, v. HENRY R. GRINDLE and Another, Appellants, Impleaded with Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ARLENE HAVERLY, Appellant, v. EARLE D. FITCH, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.